**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**LEE MADDEN** **PETITIONER**
**ADC #136534**

**VS.** **CASE NO.: 5:14CV00286 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction** **RESPONDENT**

**ORDER**

The Court has reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. The parties have not filed any objections to the Recommendation.

After careful consideration, this Court adopts the Recommendation as its own. Lee Madden's petition for writ of habeas corpus (docket entry #2) is denied and dismissed, without prejudice.

When entering a final order adverse to a habeas corpus petitioner, the Court must issue or deny a certificate of appealability. Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). In this case, there is no basis for this court to issue a certificate of appealability. Accordingly, a certificate of appealability is denied.

IT IS SO ORDERED, this 21st day of August, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE