# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LEE MADDEN**                                                                                **PETITIONER**
**ADC #136534**

**VS.**            **CASE NO.: 5:14CV00286 SWW/BD**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                               **RESPONDENT**

## JUDGMENT

In accordance with the Court's Order entered this date, Lee Madden's 28 U.S.C. § 2254 petition for writ of habeas corpus (docket entry #2) is DENIED and DISMISSED, without prejudice.

IT IS SO ORDERED this 21st day of August, 2014.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE